No. **CR  08  00058  JW**
**PVT**

FILED

E-FILING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

2008 FEB -6  P 4 20

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

## THE UNITED STATES OF AMERICA
### *vs.*
### JOSE MARTINEZ-GONZALEZ

## INDICTMENT

**COUNT ONE**:　　　　Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

*Ramona L Wills*
*Foreperson*

*Filed in open court this* 6 *day of* February

*A.D.* 2008

*Ramona L Wills*
United States ~~Magistrate Judge~~ Foreperson

**Bail. $**　~~No bail~~ PVT process

*Patricia V. Trumbull*
U S Magistrate Judge

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

E-FILING

2008 FEB -6  P 4: 20

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JW

UNITED STATES OF AMERICA,

CR No. 08 00058 PVT

       Plaintiff,

       v.

JOSE MARTINEZ-GONZALEZ

       Defendant.

)
)
)
)
)
)
)
)
)
)
)

VIOLATION: 8 U.S.C. § 1326 –
Illegal Re-Entry Following Deportation

SAN JOSE VENUE

INDICTMENT

The Grand Jury charges:

       On or about December 19, 2007, the defendant

JOSE MARTINEZ-GONZALEZ,

an alien, previously having been arrested and deported from the United States on or about

June 2, 1997, May 3, 2000, and January 18, 2006, was found in the Northern District of

California, the Attorney General of the United States and the Secretary for Homeland Security

not having expressly consented to a re-application by the defendant for admission into the United

//

//

INDICTMENT

1   States, in violation of Title 8, United States Code, Section 1326.

2

3

4   DATED: 2/6/08                          A TRUE BILL.

5

6                                          _____
                                           FOREPERSON
7

8   JOSEPH P. RUSSONIELLO
    United States Attorney
9

10  _____
    DAVID R. CALLAWAY
11  Deputy Chief, San Jose Office

12

13  (Approved as to form: _____ )
                          AUSA JEFFREY SCHENK
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    INDICTMENT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

### OFFENSE CHARGED

Title 8, U.S.C. § 1326 - Illegal
Re-Entry Following Deportation

E-FILING

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

PENALTY:

20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

CR 08 00058 JW

— DEFENDANT - U.S.

2008 FEB -6 P 4: 20

▶ JOSE MARTINEZ-GONZALEZ

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

PVT

DISTRICT COURT NUMBER

### PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**

ICE

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of: }  SHOW
DOCKET NO.
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under
}  MAGISTRATE
CASE NO.

**Name and Office of Person
Furnishing Information on
THIS FORM**  JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y
(if assigned)**  JEFFREY B. SCHENK

— DEFENDANT —

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
   was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
   charges
}  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes  If "Yes"
been filed?  ☐ No  }  give date
filed

**DATE OF
ARREST**  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: