JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CSBN 234355)
Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile: (408) 535-5081
   jeffrey.b.schenk@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>   v.<br>JOSE MARTINEZ-GONZALEZ,<br>            Defendant. | NO. CR 04-20070 JW |
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>   v.<br>JOSE MARTINEZ-GONZALEZ,<br>            Defendant. | NO. CR 08-00058 JW<br><br>**NOTICE OF RELATED CASES<br>IN A CRIMINAL ACTION** |

     The United States hereby files this notice of related cases pursuant to Criminal Local Rule 8-1, as it believes that the cases above-captioned are related within the meaning of the rule. The first captioned case, charging defendant JOSE MARTINEZ-GONZALEZ(CR-04-20070), contains an allegation of a supervised release violation following a sentence imposed by the Honorable James Ware on October 4, 2004. The second case, charging defendant JOSE

**NOTICE OF RELATED CASES IN A CRIMINAL ACTION**

MARTINEZ-GONZALEZ (CR-08-00058), was indicted on February 6, 2008 and is pending before the Honorable James Ware. Each case includes defendant JOSE MARTINEZ-GONZALEZ and the identical allegation of an illegal reentry. The first matter assigned a case number by the clerk (U.S. v. JOSE MARTINEZ-GONZALEZ(CR-04-20070) is pending before Judge Ware and therefore, the "earliest" filed matter. Thus, the rule suggests that all of the cases against JOSE MARTINEZ-GONZALEZ should be assigned to one judge, presumably Judge Ware.

    For the above reasons, the government believes that assignment of the above-captioned cases to a single District Judge, Judge Ware, will conserve judicial resources and promote an efficient determination of the action.

DATED: February 11, 2008

                                    Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

                                    /s/
                                  JEFFREY B. SCHENK
                                  Assistant United States Attorney

**NOTICE OF RELATED CASES IN A CRIMINAL ACTION**    2