UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 2/11/2008
**Case No.:** CR-08-058 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Christine Bedard
**U.S. Probation Officer:** Joe Martinez
**Interpreter:** N/A

## TITLE

U.S.A. v. Jose Martinez-Gonzalez ( C)

**Attorney(s) for Plaintiff(s):** Jeff Schenk
**Attorney(s) for Defendant(s):** Peter Leeming (provisionally)

## PROCEEDINGS

Initial Appearance/Arraignment on Indictment

## ORDER AFTER HEARING

Hearing Held. Defendant present in custody for proceedings. Peter Leeming appointment provisionally for hearing. Defendant was arraigned on Count One (1) the Indictment. The Defendant entered a plea of not guilty as to Count One (1) of the Indictment. The Court referred this matter to the General Duty Magistrate Judge, Patricia V. Trumbull, for appointment of counsel on February 14, 2008 at 9:30 AM. The Court sets a Disposition Hearing for April 7, 2008 at 1:30 PM. Time is excluded from February 11, 2008 through April 7, 2008 for appointment of counsel for defendant and efforts to relate case with CR 04-20070 JW USA v. Jose Martinez-Gonzalez.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**/C. Escolano
CC: C.Lew