**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***

## CRIMINAL MINUTES

**Judge: James Ware**                    **Courtroom Deputy: Elizabeth Garcia**
**Date:  4/7/2008**                      **Court Reporter: Irene Rodriguez**
**Case No.: CR-04-20070 JW**             **U.S. Probation Officer: Joe Martinez**
**Related Case No.:**                    **Interpreter:   N/A**
    **CR-08-0085 JW USA v. Jose Martinez-Gonazalez**

## TITLE

**U.S.A. v. Jose Martinez-Gonzalez ( C)**

**Attorney(s) for Plaintiff(s): Jeff Schenk**
**Attorney(s) for Defendant(s): Peter Leeming**

## PROCEEDINGS

**Status re:**
**1. Disposition re Petition of Supervised Release Violation as to CR 04-20070 JW**
**2.  Disposition re Indictment as to CR 08-0058 JW**

## ORDER AFTER HEARING

Hearing held.  Defendant Martinez-Gonzalez present and in custody for proceedings.  The parties requested a continuance of this matter for additional time to reach a global resolution to both matters.  The Court continued BOTH matters to April 28, 2008 at 1:30 PM Setting/Disposition to accommodate the request.  Time is excluded in CR 08-0058 JW for efforts to reach a global resolution and resolve this matter short of trial.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: