UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 4/28/2008 | **Court Reporter:** Summer Clanton |
| **Case No.:** CR-04-20070 JW | **U.S. Probation Officer:** Joe Martinez |
| **Related Case No.:** CR-08-0058 JW | **Interpreter:** N/A |

## TITLE

U.S.A. v. Jose Martinez-Gonzalez ( C)

**Attorney(s) for Plaintiff(s):** Jeff Schenk
**Attorney(s) for Defendant(s):** Peter Leeming

## PROCEEDINGS

1. Disposition Hearing as to Petition in CR 04-20070 JW and Indictment in CR 08-058 JW
2. Judgment and Sentencing

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings.

**As to CR 04-20070 JW:** The Defendant admitted to Charges 2 and 4 of the Petition. The Court revoked the Defendant's term of Supervised Release and committed the Defendant to 21 months BOP custody with no further supervised release to follow as to Charges 2 and 4 to run concurrently to each other. The sentence issued by the Court is to also run concurrently with the sentence in CR 08-0058 JW USA v. Jose Martinez-Gonzalez

**As to CR 08-0058 JW:** The Defendant plead guilty as to Count 1 of the Indictment. A plea agreement was executed in open Court. The Defendant waived referral to the Probation Office for preparation of a presentence investigation report. The Court proceeded to immediate sentencing. The Defendant was committed to 21 months BOP custody, 3 years supervised release under the standard conditions of supervision and Court imposed special conditions of supervised release, $100 special assessment. The sentence issued by the Court is to also run concurrently with the sentence in CR 04-20070 JW USA v. Jose Martinez-Gonzalez.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: