**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br><br>MARTINEZ-GONZALEZ,<br><br>　　　　Defendant.　　　　　　　／ | NO. CR 04-20070 JW<br>NO. CR 08-00058 JW<br><br>**SEALING ORDER PURSUANT TO GENERAL ORDER 54** |

　　The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

　　___　　Presentence Report

　　___　　Plea Agreement

　　_X_　　Statement of Reasons

　　___　　_____
　　　　　　(Other)

Dated: April 30, 2008

　　　　　　　　　　　　　　　　　　　　　_James Ware_
　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

2  United States Marshal Service
   280 South First Street
3  San Jose Ca 95113

4

5  **Dated: April 30, 2008**                    **Richard W. Wieking, Clerk**

6

7                                               By: *Elizabeth C Garcia*
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**